# United States District Court
## Southern District of Georgia

DANIEL ERIC COBBLE,

    Petitioner,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV 620-111

WARDEN BOBBITT,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated May 19, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, the Court dismisses without prejudice Petitioner's 28 U.S.C. § 2241 Petition, and denies Petitioner in forma pauperis status on appeal. This case stands closed.

| May 19, 2021 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | *Candy Cashell* (signature) |
| | (By) Deputy Clerk |